**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

KEVIN SROGA )
Plaintiff )
)  Case Number: 25 CV 05
)
) Judge: Seeger
v. )
) Magistrate Judge:
Olson et al )  Kim
Defendant )

FILED
MAY 27 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MOTION TO VACATE Dismissal ORDER And TO ReInstate Cause OF Action

Now comes the plaintiff, KEVIN SROGA, who states to the following under oath whereby stating as follows:

1) On January 3rd 2025 plaintiff filed a sections 1983 cause of action against a Sgt. Olson from the Chicago police department, several other officers and the city of Chicago.

2) In doing so, plaintiff supplied and went through all of the required paperwork in order for him to properly do so.

3) This also included an appearance form with plaintiff's address and email address.

4) On 4/3/25 this court came down with directives essentially ordering plaintiff to file an amended complaint by 4/25/2025 and to disclose all pending state court cases that relate to the traffic stop on January 3rd 2025 (But that date must have been in error) because

the traffic stop was on January 3rd 2023.

Kevin Sroga )   United States District Court
  ) Northern District of Illinois
Plaintiff )
  )
v. ) 25 CV 0005
Keith Olson et, al, etc )
  )
Defendant )

pg 2

5) On 4/28/25 this court dismissed Plaintiff's case without prejudice, essentially closing out this case causing a termination in these civil proceedings.

6) On April 30th or May 1st 2025, Plaintiff contacted the Clerk's Office via telephone on April 30th to inquire about the aforementioned case only to find out that it had been dismissed two days prior.

7) On May 1st 2025, Plaintiff took it upon himself to come down to the Clerk's Office @ 219 S. Dearborn St. (the Federal courthouse) to get yet another Appearance on file as the clerk had informed him (the Plaintiff) "that there was no Appearance on file with this case."

8) In essance, because according to the Clerk's Office there was no Appearance on file with this case, Plaintiff would not receive any notifications or docket entries in relation to this cause — meaning Plaintiff was never notified that the court took

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

KEVIN SLOGA )
     Plaintiff )
)
v. )    25 CV 0005
)
Keith Olson et, al, et. )
     Defendant )

**United States District Court**
**Northern District of Illinois**

~~Pg 3~~

Any actions' in relation to his complaint.

9) In essence, because of this plaintiff was never notified or informed of this courts docket entries directing him to do the following which was to Amend his civil complaint.

10) In Light of this, plaintiff requests to this honorable court to Vacate the Dismissal order entered on 4/28/25 and to stay this cause of Action until said criminal proceeding concludes.

11) In reference to the criminal proceedings, the case is titled People of the State of Illinois v. Kevin Sloga under case # ~~~~ 23 CR 0148201 - Out of the 8 charges brought, only one Remains.

12) Based upon the aforementioned statement in #11 I would concur that this case "is NOT" Ready For lidigation at this time as it's very likely that the remaining one charge could be rectified on a Proper Ruling From a

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

KELVIN SROGA )
Plaintiff )
)
v. )
)
Keith Olson et, el, etc. )
Defendant )

United States District Court
Northern District of Illinois

25 CV 0005

~~pg~~ 4

Motion to Quash the traffic Stop and Arrest.

13) Plaintiff believes that the remaining charge may be rectified in his favor.

14) At the covering time, Plaintiff would respectfully request to this court to re-instate this civil proceeding while simultaneously staying the proceedings so that he may have an opportunity to seek out private counsel to take over litigation efforts (Although Plaintiff's current complaint has been stricken). At least this way, it gives private counsel a road to hope that Plaintiff's case has been reinstated.

15) Plaintiff requests either an in court appearance or an appearance via Zoom to answer any other/Further Questions/Inquiries that this court may have.

WHEREFORE, Plaintiff, KELVIN SROGA, respectfully requests to this Honorable court to Re-instate this cause of Action whereby vacating the dismissal order entered on 4/28/25.

Respectfully submitted Plaintiff KELVIN SROGA /s/ Sroga