## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kevin Sroga

                Plaintiff,

v.                                                   Case No.: 1:25−cv−00005
                                                                Honorable Steven C. Seeger

Keith Olson, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to vacate the dismissal order and reinstate the case (Dckt. No. [10]) is hereby granted in part. On April 3, this Court issued a series of orders about the complaint and the IFP application submitted by Plaintiff Sroga, a pro se litigant. This Court directed Plaintiff to submit an amended complaint in his own name, and without any footnotes, by April 25, 2025. The Court forewarned that a failure to comply could lead to dismissal. Plaintiff did not comply. So, on April 28, 2025, this Court dismissed the case. One month later, on May 27, 2025, Plaintiff filed the motion to vacate the dismissal. Plaintiff basically says that he did not receive any notifications about this case. That is, it sounds like Plaintiff did not get a copy of this Court's orders dated April 3, 2025. It's hard to see how that assertion could be right, given that the Court's records show that the Clerk's Office mailed him notice. Even so, the Court will give him another chance. The Court extends the deadline to file an amended complaint by another two weeks. The Court grants Plaintiff leave to file an amended complaint by June 20, 2025. The amended complaint must be in Plaintiff's own name, and must not include any footnotes. The amended complaint must comply with all other requirements under the Federal Rules and Local Rules. Plaintiff is welcome to use the form for complaints that is available on the Court's website, if he chooses to do so. If Plaintiff submits an amended complaint by that deadline that complies with the Rules, then this Court will reopen the case. In the meantime, the case remains closed. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.