**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kevin Sroga
                    Plaintiff,

v.                                         Case No.: 1:25−cv−00005
                                                          Honorable Steven C. Seeger

Keith Olson, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Plaintiff's motion to notify and inform the Court (Dckt. No. [12]), which is granted in the sense that the Court got the information. Plaintiff let this Court know that he intended to file an amended complaint. And shortly thereafter, Plaintiff took care of it. On June 4, 2025, this Court reopened the case and directed Plaintiff to file an amended complaint by June 20, 2025. Plaintiff met that deadline and submitted an amended complaint on June 18, 2025. So it's on file. The motion also revealed that one of the eight charges remains pending in state criminal court. In light of that revelation, the case is hereby stayed. In fact, Plaintiff requested a stay, too. Plaintiff must file a status report by December 1, 2025, and must let this Court know if there are any material developments in the meantime. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.